**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00141-CV

### AMBER ETTA BUMPUS, Appellant

### V.

### BRENT WADE FITZGERALD, Appellee

**On Appeal from the 196th District Court**
**Hunt County, Texas**
**Trial Court Cause No. 773788**

## ORDER

On August 22, 2013, after we had earlier determined appellant was entitled to proceed without payment of costs, we ordered Becky Wheeler, Official Court Reporter for the 196th Judicial District Court, to file by September 11, 2013 either the reporter's record or written verification that appellant has not requested the reporter's record in this case. She responded by letter informing us that the court reporter at the time this case was heard was Kelly Bryant. Subsequently, court reporter Michael Hurley informed us that he reported two temporary orders hearing, but was unaware appellant had been allowed to proceed without payment of costs. These communications suggest appellant requested the record, but, to date, the record has not been filed.

Pursuant to Texas Rule of Appellate Procedure 35.3 (b), "[t]he official or deputy reporter is responsible for preparing, certifying, and timely filing the reporter's record if (1) a notice of appeal has been filed; (2) the appellant has requested that the reporter's record be prepared; and (3) the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee . . . or is entitled to appeal without paying the fee."  TEX. R. APP. P.  35.3(b). Accordingly, we **ORDER** Becky Wheeler to obtain the record from Kelly Bryant and Michael Hurley and file it no later than January 13, 2014.  No extensions will be granted absent exigent circumstances.

Based on this order, we **DENY** as moot appellant's December 3, 2013 "motion for action by Fifth Court."

We **DIRECT** the Clerk of the Court to send copies of this order by electronic transmission to Becky Wheeler, Official Court Reporter for the 196th Judicial District Court, the Honorable Steve Tittle, Presiding Judge of the 196th Judicial District Court, and all parties to the appeal.


/s/      ELIZABETH LANG-MIERS
         JUSTICE